NORTH CAROLINA                         IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
GUILFORD COUNTY                        22 CVS 4348

SIMPSON BAKER and LILLIAN BAKER,   )
                                                  )
        Plaintiffs,                         )
                                                  )     COMPLAINT
v.                                                   )
                                                  )
DAVID MATTHEWS,                        )
                                                  )
        Defendant.                        )
                                                 )

**NOW COME** the Plaintiffs, SIMPSON BAKER and LILLIAN BAKER (hereinafter the "Plaintiffs"), by and through counsel and complaining of Defendant DAVID MATTHEWS (the "Defendant"), and allege and say:

## PARTIES

1. Plaintiff Simpson Baker ("Mr. Baker") is a citizen and resident of Guilford County, North Carolina.

2. Plaintiff Lillian Baker ("Mrs. Baker") is a citizen and resident of Guilford County, North Carolina.

3. Mr. Baker and Mrs. Baker are husband and wife.

4. Upon information and belief, Defendant David Matthews is a citizen and resident of Guilford County, North Carolina.

## FACTS

5. Mr. and Mrs. Baker are the record owners of the residential real property located at 1705 E. Green Drive, High Point, Guilford County NC 27260 (the "Property").

Case 1:23-cv-00566-CCE-LPA   Document 3   Filed 07/10/23   Page 1 of 5

 

6. At all times relevant to this case, Mr. and Mrs. Baker have owned the Property as tenants by the entireties, by deed recorded as a North Carolina General Warranty Deed with the Guilford County Register of Deeds, Book 7976, Pages 1012-1014 (the "Deed").

7. Mr. and Mrs. Baker purchased the Property on or about September 19, 2017, by way of the Deed in favor of Grantees "Simpson Baker, and wife Lillian Baker."

8. The Grantor/Seller on the Deed is "American IRA, LLC/F/B/O Judy F. Hudson, IRA."

9. A true and accurate copy of Plaintiff's deed for the Property is attached as **Exhibit A** to the Complaint.

10. After the Deed was recorded, there have been no subsequent writings involving ownership of the Property.

11. Upon information and belief, no deed has ever been recorded in the Guilford County Register of Deeds showing ownership in the Property by Defendant.

12. The Deed is the last document recorded with the Guilford County Register of Deeds involving ownership of the Property.

13. On or about June 1, 2017, Plaintiffs and Defendant Matthews entered into a verbal agreement whereby Defendant Matthews would rent the Property from Mr. and Mrs. Baker (the "Agreement").

14. Defendant Matthews has broken his Agreement with Mr. and Mrs. Baker by not paying them the agreed-upon amounts.

15. Defendant Matthews still lives at the Property.

16. Plaintiffs are entitled to possession of the Property.

## FIRST CAUSE OF ACTION
## DECLARATORY JUDGMENT

17. All Paragraphs of the Complaint are incorporated herein by reference.

18. The Parties have an actual, justiciable controversy as to the rights and obligations of each in accordance with the Deed and Agreement, and Plaintiff desires that the Court declare the rights and obligations of the parties as described herein.

19. Plaintiffs are entitled to and requests that the Court enter a declaratory judgment declaring that Plaintiffs own the full, unencumbered title to the Property, as tenants by the entireties, and Defendant has no legal interest in the Property.

## SECOND CAUSE OF ACTION
## ACTION TO QUIET TITLE AND REMOVE CLOUD ON TITLE
## (N.C. Gen. Stat. § 41-10)

20. All Paragraphs of the Complaint are incorporated herein by reference.

21. Plaintiffs have a legal interest in the Property.

22. There remains a question as to the title of the Property based on the facts.

23. Plaintiffs seeks an action to quiet title and remove a cloud from title pursuant to N.C. Gen. Stat. § 41-10 in favor of Plaintiffs, establishing that Plaintiffs have full, unencumbered title to the Property, and Defendant has no legal interest in the Property.

## THIRD CAUSE OF ACTION
## BREACH OF CONTRACT

24. All Paragraphs of the Complaint are incorporated herein by reference.

25. The Agreement is a valid, binding and enforceable contract between Plaintiffs and Defendant.

26. Defendant has failed to perform his obligations pursuant to the Agreement by failing to pay Plaintiffs all amounts they are owed pursuant to the Agreement.

3

 

27. Defendant is in breach of the Contract and is liable to Plaintiffs for compensatory damages, attorneys' fees, interest, and costs, in an amount in excess of $25,000.00.

## FOURTH CAUSE OF ACTION
## UNJUST ENRICHMENT/QUANTUM MERUIT

28. All Paragraphs of the Complaint are incorporated herein by reference.

29. For some time, Defendant has enjoyed the benefits of residing at the Property, as detailed above.

30. At all relevant times, Plaintiffs have been the owners of the Property.

31. Defendant has been unjustly enriched by virtue of having lived at the Property without paying any amount to Plaintiffs.

**WHEREFORE**, the Plaintiffs respectfully request as follows:

1. That the Court enter a declaratory judgment declaring that Plaintiffs have full, unencumbered title to the Property, and Defendant has no legal interest in the Property.

2. That the Court enter an order quieting title to the Property and removing cloud from title to the Property by holding that Plaintiffs have full, unencumbered title to the Property, and Defendant has no legal interest in the Property.

3. That the Court enter a judgment for possession to Plaintiffs, allowing them to remove Defendant from the Property by means of a Writ of Possession.

4. Enter Judgment in favor of Plaintiffs for compensatory damages, and interest from the date of breach/injury;

5. Award Plaintiffs their costs, including reasonable attorneys' fees;

6. For such other and further relief as the Court deems just and proper in law or equity.

Respectfully submitted, this the 13th day of April, 2022.

_____
Peter D. Isakoff
*Attorney for Plaintiffs*
N.C. State Bar # 45043

_____
John F. Bloss
*Attorney for Plaintiffs*
N.C. State Bar #23947

FOR THE FIRM:

HIGGINS BENJAMIN, PLLC
301 N. Elm Street, Suite 800
Greensboro, NC 27401
Telephone Number:  (336) 273-1600
Facsimile Number:  (336) 274-4650

5